UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Fidela Arias,

              Plaintiff

v.

La Fonda Rest Corp. et al             Docket No.: 20CV6182

              Defendant(s)
-------------------------------------------------------X

## MOTION FOR EXTENSION OF TIME

Comes now Defendant's by their attorney John Garzon Esq, and request an extension of time of the scheduling order for to complete the discovery in this matter.

Date: September 1, 2021

                                              Respectfully submitted,
                                              JOHN GARZON, ESQ.

By:_____
       John Garzon.
Attorney for defendants
46-12 Queens Blvd, Ste 204
Sunnyside, NY 11104
T. (718) 433-1331
F. (718) 433-1330
attyjohngarzon@msn.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
Fidela Arias,

                Plaintiff

v.

                                                  Docket No.: 20CV6182

La Fonda Rest Corp. et al

                Defendant(s)
-----------------------------------------------------X

## AFFIRMATION AND SUPPORT

1. I, John Garzon, an attorney permitted to practice law in the Eastern District of New York duly affirms:
2. I am the attorney of record representing the defendants in this matter.
3. I previously conferred with my client with regard to providing certain records for the plaintiff in this matter concerning the claim pending by the plaintiff.
4. On August 31st, 2021 I conferred with the plaintiff's counsel regarding the pendency of the discovery.
5. Counsel's in this matter have agreed that a motion will be filed for an extension of time requesting an additional 30 days for the discovery pending by the defendants.
6. Counsel for the plaintiff does not oppose this request by the defendant for the extension of time.
7. For the reasons stated herein an extension of time for 30 days is respectfully requested.

Dated: September 1, 2021

                                                                    John Garzon

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
Fidela Arias,

                  **Plaintiff**

v.

                                                      Docket No.: 20CV6182

La Fonda Rest Corp. et al

                  **Defendant(s)**
-----------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2021, I filed Defendant's Motion Requesting an Extension of Time via the Court's CM/ECF system and that Defendant's counsel, John J. Garzon, Esq., is a Filing User of the Court's CM/ECF system.

                                                              John Garzon