# THE LAW OFFICES OF JOHN GARZON, PC
46-12 Queens Blvd., Suite 204
Sunnyside, NY 11104
Tel: (718) 433-1331 / Fax: (718) 433-1330
attyjohngarzon@msn.com

November 23, 2021

Hon. Judge Vera M. Scanlon
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, NY 11201

Re: **Arias v. La Fonda Rest. Corp. Et al**
     **20-cv-06182**

Your Honor,

I am respectfully requesting to reschedule this conference currently scheduled for November 29th, 2021 at 11:45am due to the reason that I was previously scheduled to appear in a Administrative Hearing that commence at 10:30 am and concluding at 1:00pm.

I have spoken to the plaintiff's counsel with regard to this conference concerning the motion to withdraw filed by the plaintiff and we have agreed to request that this conference be rescheduled to December 1st, 2021 at 11AM.

Thank you in advance for your consideration of this request.

Respectfully Submitted,

___s/John Garzon___ .
John J Garzon, Esq.
The Law Office of John Garzon
46-12 Queens Blvd. Ste 204
Sunnyside, NY 11104
Tel: (718)433-1331